UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY JEROME ALLEN, SR.,
    Plaintiff,

vs.                                              Case No.:  3:23cv5670/MCR/ZCB

SHERIFF OF SANTA ROSA COUNTY, et al.,
    Defendants.
_____/

# ORDER

The magistrate judge issued a Report and Recommendation on September 22, 2023. (Doc. 8). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 8) is adopted and incorporated by reference in this order.

2. Defendants' motion to dismiss (Doc. 3) is **GRANTED in part regarding Plaintiff's federal law claims and DENIED in part regarding Plaintiff's state law claim**.

3. Plaintiff's claims against Defendant Santa Rosa County Sheriff's Office are **DISMISSED** without prejudice for failure to state a claim upon which relief may be granted.

4. Plaintiff's federal law claims against Defendant Sheriff Johnson are **DISMISSED** without prejudice for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a).

5. Supplemental jurisdiction over Plaintiff's state law claim against Defendant Sheriff Johnson is **DECLINED** and such state law claim is **REMANDED** to the Circuit Court for the First Judicial Circuit in and for Santa Rosa County, Florida.

6. The Clerk of Court is directed to close this case.

**DONE AND ORDERED** this 18th day of December 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**